PERKINS *et al. v.* AMERICAN BONDING COMPANY OF BALTIMORE.

HILL, J. No other verdict could have been rendered under the evidence than the one which was directed in this case, and there was no error in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*
MAY 15, 1917.

Action upon bond. Before Judge Sheppard. Evans superior court. February 18, 1916.

*W. G. Warnell* and *Way & Burkhalter,* for plaintiffs.

*Little, Powell, Smith & Goldstein* and *H. C. Beasley,* for defendant.